IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PINTO CREEK COMPANY, LLC, | ) | 4:06CV3272 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| AFFINITY PRODUCTION | ) | |
| COMPANY, LLC; DAN KOCH; | ) | |
| MIKE MYLON EISENHOWER; and | ) | |
| GARY BEYLEE, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1. Plaintiff's request for an ex parte order for an accounting and injunctive relief, as requested in paragraph 35 of Plaintiff's complaint, is denied.

2. If Plaintiff desires the issuance of preliminary injunction or a temporary restraining order, it shall (a) file a separate motion for a preliminary injunction or a temporary restraining order, (b) serve the motion upon each defendant, and (c) after consulting with Defendants' attorney(s) (without regard to whether the attorney has yet entered an appearance), contact the secretary for the undersigned United States District Judge to schedule a telephone conference call between counsel for the parties and the undersigned United States District Judge to discuss the motion and the need for, and timing of, a formal hearing.

November 22, 2006.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge