IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PINTO CREEK COMPANY, LLC, | ) | 4:06CV3272 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| AFFINITY PRODUCTION COMPANY, LLC; DAN KOCH; MIKE MYLON EISENHOWER; and GARY BEYLEE, | ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing 15),

IT IS ORDERED that:

1. All proceedings in this matter are stayed until May 31, 2007.

2. On or after June 15, 2007, unless a further filing is made by either party, the court will enter a final judgment dismissing Plaintiff's action with prejudice, with each party to bear their own costs and attorneys fees.

3. Plaintiff's motion for a temporary restraining order or preliminary injunction (filing 10) is denied without prejudice.

December 20, 2006.　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　United States District Judge