IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PINTO CREEK COMPANY, LLC, | ) | 4:06CV3272 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| AFFINITY PRODUCTION COMPANY, LLC; DAN KOCH; MIKE MYLON EISENHOWER; and GARY BEYLEE, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation and motion (filing 17),

IT IS ORDERED that the court's order of December 20, 2006, is amended to provide that:

1.   All proceedings in this matter are stayed until June 15, 2007.

2.   On or after June 29, 2007, unless a further filing is made by either party, the court will enter a final judgment dismissing Plaintiff's action with prejudice, with each party to bear their own costs and attorneys fees.

May 9, 2007.                                 BY THE COURT:

                                             s/ *Richard G. Kopf*
                                             United States District Judge